

**U.S. Department of Justice**

United States Attorney
Southern District of Mississippi

---

501 East Court Street, Suite 4.430  (601) 965-4480
Jackson, Mississippi  39201

VIA ELECTRONIC CASE FILING         April 30, 2025

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      Re:   *United States v. Cockerham,* No. 24-60401 (Apr. 29, 2025 calendar)

Dear Mr. Cayce:

      This letter brings the recently issued opinion in *United States v. Quiroz*, 125 F.4th 713 (5th Cir. 2025), to the Court's attention.  The *Quiroz* opinion suggests that—after the government points to a relevantly similar historical analogue—the defendant must refute that reference adequately.  *Id*. at 723.

      Through filings and during oral argument, the government presented two historical analogues:  debtor's prison (which resulted in indefinite loss of liberty or forfeiture of one's property) and theft (which resulted in capital punishment).  Cockerham has not refuted the relevance of these historical analogues.  The *Quiroz* opinion suggests that Cockerham's "fail[ure] to adequately refute" the historical analogues provided by the government is relevant to whether his as-applied challenge can prevail.  *Id*.

      Because the government presented historical analogues that are "relevantly similar to laws that our tradition is understood to permit," *id*. at 717 (citation and quotation marks omitted), Cockerham's conviction should be affirmed.

Additionally, this Court in *Quiroz* identified that the First Congress made theft of goods or merchandise worth $50 a felony offense punishable by death. *Id*. at 719 (citing 1 Stat. 114 (1790) (related to crimes at sea)).  As the government noted in prior filings, Cockerham's failure to pay court-ordered child support is analogous to the theft or wrongful taking of property.  This Court's citation to the historical analogue of taking $50 worth of goods or merchandise supports the conclusion that Cockerham's disarmament is constitutional, as his non-payment of child support has characteristics analogous to the wrongful taking of property.

Respectfully,

PATRICK A. LEMON
*Acting United States Attorney*
*Southern District of Mississippi*

cc:    Michael L. Scott            By:     /s/ *Jennifer Case*
       Victoria McIntyre                           JENNIFER CASE
      *Counsel for appellant*                    *Assistant U.S. Attorney*
      (via electronic filing)