UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA

    *Plaintiff-Appellee*

C.A. No. 24-60401

v.      No. 5:21cr6DCB (S.D. Miss.)

EDWARD COCKERHAM

    *Defendant-Appellant*

---

**UNOPPOSED MOTION TO EXTEND TIME TO
PETITION FOR REHEARING**

---

Pursuant to Federal Rules of Appellate Procedure 27 and 40(d), the United States of America (hereafter "the government"), the appellee herein, moves for an extension of 14 days to determine whether to file a petition for rehearing or seek other relief. The Court filed its opinion on December 17, 2025. A rehearing petition is currently due by the new year. *See* FED. R. APP. P. 40(d)(1). In support, the government states:

1. The Department of Justice has a multi-step deliberative process when determining whether it will seek further review. That process has begun, but due to the holiday schedule (and because review would take several weeks

1

in any event), the government requests more time to complete its deliberative process regarding seeking review.

2. The government does not seek this extension for purposes of delay, but out of necessity, and in the interest of justice, to permit the government to carefully determine whether it will seek further review of the Court's decision.

### CERTIFICATE OF CONFERENCE

Counsel for appellant has advised that his client does not oppose the present motion.

## CONCLUSION

The Government requests that the Court extend its time to complete its deliberations about this matter and, if deemed appropriate, to file a rehearing petition until January 15, 2026.

                                           Respectfully submitted,

                                           J.E. BAXTER KRUGER
                                           *United States Attorney*
                                           *Southern District of Mississippi*

                                  By:   /s/ *Jennifer Case*
                                           JENNIFER CASE
                                           *Assistant United States Attorney*
                                           Mississippi Bar Number 104238
                                           501 E. Court Street, Suite 4.430
                                           Jackson, Mississippi   39201

Dated:   December 22, 2025          (601) 965-4480

# CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the Electronic Case Filing system (ECF), which caused the filing to be served on counsel of record.

Dated: December 22, 2025

/s/ *Jennifer Case*
JENNIFER CASE
*Assistant United States Attorney*

# CERTIFICATE OF COMPLIANCE

1. This filing complies with the type-volume limitation of FED. R. APP. P. 27(d)(2)(A) because this brief contains 208 words, excluding the parts permitted by rule.

2. This filing complies with the typeface requirements of FED. R. APP. P. 27 because it has been prepared using Palatino Linotype 13-point font produced by Microsoft Word software; the footnotes are in 12-point type.

Dated: December 22, 2025

/s/ *Jennifer Case*
JENNIFER CASE
*Assistant United States Attorney*